```
                    FILED
         CLERK, U.S. DISTRICT COURT

              OCT 18 2010

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BENITO VARGAS CORDERO <br><br> Defendant. | Case No.: 10-2573M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern Dist., Texas** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **alleged new criminal conduct while on supervised release; pretrial recommendation**

```
                                                                              
                                                                              
                                                                              
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
        on:_____
        _____
        _____
        _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __10/18/10__

                                                      _____
                                                      UNITES STATES MAGISTRATE JUDGE